PLEASE RECEIPT AND RETURN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Eli Norman Bliss, et al ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 08mj 402 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/(Magistrate Judge,)   **Anthony J. Battaglia**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Esteban Alvarez-Santos

DATED: 2/20/08

2008 FEB 20 A 4:28  RECEIVED  U.S. MARSHAL SOUTHERN DISTRICT OF CA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
        Deputy Clerk