# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> *Eli Norman Davis, et al.* ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. _08MJ0402_ <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

*Juan Montoya-Vasco*

DATED: _2/22/08_

RECEIVED _____ <br> DUSM

ANTHONY J. BATTAGLIA <br>
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk <br>
by _____ <br>
Deputy Clerk