```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                   HONORABLE ANTHONY J. BATTAGLIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 08cr0524LAB |
|  | ) MAGISTRATE NO. 08MJ0402 |
| Plaintiff, | ) |
|  | ) ORDER TO |
| -vs- | ) EXONERATE BOND FOR |
|  | ) MATERIAL WITNESS |
| ELI NORMAN BLISS, et. al. | ) |
|  | ) EFRAIN MONTOYA-VELASCO and |
| Defendants. | ) JORGE MONTOYA-VELASCO |
|  | ) |
| _____ | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the personal surety bonds deposited on behalf of the Material Witnesses, EFRAIN MONTOYA-VELASCO and JORGE MONTOYA-VELASCO are exonerated and all monies deposited for their bonds are to be returned to the surety listed in the financial office of the Clerk.

To wit:

JOSE ANTONIO MONTOYA-VELASCO
10615 4th Avenue West
Everett, WA 98204

SO ORDERED:


DATED:  April 4, 2008

                                         _____
                                         Hon. Anthony J. Battaglia
                                         U.S. Magistrate Judge
                                         United States District Court